AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
May 13, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Fidel Morales__
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alejandro TORRES | ) | Case No. |
| Ricardo Isael MARTINEZ | ) | |
| Alan Daniel MENDOZA Cardiel | ) | |
| | ) | EP:24-M-01965-MAT |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 9, 2024__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Knowingly and intentionally conspire to possess with intent to distribute a quantity of Cocaine to wit: approximately 4.8 kgs (gross weight) of cocaine, a Schedule II Controlled Substance. |
| 21 USC 841 | Knowingly and intentially possess with intent to distribute a quantity of Cocaine to wit: approximately 4.8 kgs (gross weight) of cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __May 13, 2024__ at __02:00 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_Complainant's signature_
Miguel A. Mendoza, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 05/13/2024

_Judge's signature_

City and state: El Paso, Texas
Miguel A. Torres - U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

On Friday, May 3, 2024, Homeland Security Investigations (HSI) Special Agents (SAs) were provided a telephone number, later identified to be utilized by Alejandro TORRES, and informed that TORRES was in possession of approximately four (4) kilograms of cocaine. Through telephone recorded communication, an HSI Special Agent, working in an undercover capacity (UC), contacted TORRES and arranged to take delivery of the cocaine on Thursday, May 9, 2024. During the conversation, the word cocaine was disguised in code, utilizing the Spanish words "mochilitas" (little backpacks) and that each kilogram of cocaine had a price of $12,500.

On Thursday, May 9, 2024, at approximately 11:00 am, the HSI SAs coordinated a "buy/bust" operation to take place at the Red Roof Inn located at 11400 Chito Samaniego Drive, El Paso, Texas. Further telephone recorded communication between the UC and TORRES that morning indicated that TORRES would be sending someone else to deliver the cocaine with the expectation of collecting fifty thousand dollars ($50,000). Once those arrangements had been finalized, the UC and TORRES agreed to meet at the Red Roof Inn prior to the other subject making the delivery of the cocaine.

At approximately 11:50 am, the UC was informed by TORRES that he was entering the parking lot of the Red Roof Inn in a white car. TORRES arrived in a white 2020 Nissan Altima, bearing Texas registration TRH7951 and parked next to the UC's vehicle. SAs observed the UC walk over to the Nissan Altima's front passenger window. The UC made contact with TORRES who was accompanied by the driver, Ricardo Isael MARTINEZ. The UC observed a brown in color handgun, located between the driver seat and center console. TORRES told the UC that the other person, who would be making the delivery, was nearby. TORRES and MARTINEZ departed the Red Roof Inn parking lot and remained in the area.

At approximately 11:57 am, SAs observed a white BMW 328i, bearing Texas license plate SHY5625 park next to the UC's vehicle. SAs then observed the UC walk over to the BMW 328i's driver side door and greet Alan Daniel MENDOZA Cardiel. After greeting one another, the UC asked MENDOZA if he had the four bundles and requested to visually see the cocaine. MENDOZA informed the UC that the cocaine was in the backseat of the vehicle. The UC observed a box in the back seat of the listed vehicle that contained four (4) cellophane wrapped bundles. Based on the size, shape, wrapping, and concealment method, the UC recognized the bundles to present themselves as cocaine bundles consistent in other narcotic investigations. Based on these findings and the UC's investigative experience, the "bust signal" was given and the arrest team converged on MENDOZA's vehicle. SAs parked directly in front of MENDOZA's vehicle in an attempt to pin his vehicle. SAs exited their vehicle, wearing their government issued body armor that has law enforcement markings. SAs gave loud verbal commands to MENDOZA yelling, "Police" and "Stop". MENDOZA disregarded the SAs verbal commands and drove off at a high rate of speed. MENDOZA crashed into another SA's vehicle which was occupied by three SAs. MENDOZA was then taken into custody.

At approximately 12:00 p.m., SAs observed MARTINEZ and TORRES in the white 2020 Nissan Altima, bearing Texas registration TRH7951 near the intersection of Miram Drive and Chito

Samaniego Drive.  A Texas Department of Public Safety (DPS) Trooper attempted to conduct a traffic stop on the white Nissan Altima, bearing Texas registration TRH7951, however the vehicle fled, failing to yield to the Texas DPS Trooper.  The Nissan Altima drove at a high rate of speed throughout residential areas.  The Nissan Altima continued to evade police and entered the Interstate-10, traveling westbound at high rates of speed.  The Nissan Altima was driving erratically weaving in and out of lanes of traffic, and at times, passing vehicles on the shoulder.  The Texas DPS Trooper attempted to conduct two pit maneuvers on the Nissan Altima which were unsuccessful.  The Nissan Altima became disabled at the 6500 block of Gateway East Blvd.  MARTINEZ attempted to flee on foot but was apprehended.  Both MARTINEZ and TORRES were taken into custody.  A Glock handgun with eighteen (18) Luger rounds was recovered from the Nissan Altima under the front passenger seat.  The Nissan Altima was impounded by the Texas DPS Trooper.

The BMW 328i, along with the cocaine, and Glock handgun were turned over to an HSI Seized Property Specialist (SPS) for evidentiary purposes.  All four bundles were field tested which returned a positive result for cocaine.  The bundles were collectively weighed resulting in approximately 4.8 kilograms of cocaine.

TORRES, MARTINEZ, and MENDOZA requested attorney's during their arrest and were subsequently transported to the El Paso County Detention Facility located at 601 E Overland Ave in El Paso.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

The incident occurred and was accepted for federal prosecution in the Western District of Texas.